**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| PEGGY HOOKER, SUBSTITUTE ADMINISTRATRIX D.B.N, FOR THE ESTATE OF EDWARD C. WAGNER | : No. 358 WAL 2018 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| MARY B. WAGNER, A/K/A MARY B. SHAULIS, ROSE M. BLOUGH AND KENNETH E. BLOUGH, AND S&T BANK | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: ROSE M. BLOUGH AND KENNETH E. BLOUGH | : |
| | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.